IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| COSTILLO ARTEEN JOHNSON,<br>Plaintiff, | ) ) ) | |
| vs. | ) | CV-99-BU-1378-M |
| ROBERT COLEMAN, BILLY<br>MITCHEM and MICHAEL HALE,<br>Defendants. | ) ) ) ) | **ENTERED**<br>APR 0 9 2001 |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 2, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed against defendant Lt. Freeman for failure to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b)(1). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b)(1) as to defendant Lt. Freeman. An appropriate order will be entered.

DATED this 6th day of April, 2001.

H. DEAN BUTTRAM, JR.
UNITED STATES DISTRICT JUDGE